UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA GRAUSZ, on behalf of herself, all others similarly situated, and the general public and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO.,<br><br>Defendant. | Case No.: 19-CV-449 TWR (AGS)<br><br>**ORDER GRANTING JOINT MOTION STIPULATING TO DISMISSAL**<br><br>(ECF No. 35) |

Presently before the Court is the Joint Motion Stipulating to Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) ("Joint Motion," ECF No. 35), filed by Plaintiff Eva Grausz and Defendant The Kroger Co.  Good cause appearing, the Court **GRANTS** the Joint Motion.  Pursuant to the Joint Motion and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Eva Grausz's individual and representative claims in the above-captioned action are **DISMISSED WITH PREJUDICE**, and the claims of the putative class members are **DISMISSED WITHOUT PREJUDICE**. The parties shall bear their own costs and fees.

IT IS SO ORDERED.

Dated:  April 23, 2021

_____
Honorable Todd W. Robinson
United States District Court